**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2360**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

KOURY CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Sr., District Judge.  (CA-97-1028)

---

Submitted:  December 8, 1998         Decided:  January 13, 1999

---

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Appellant Pro Se.  Jonathan A. Berkelhammer, Laura Deddish Burton, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur O. Armstrong appeals the district court's orders granting Appellee's motion to dismiss and for summary judgment, awarding Appellee costs and attorneys' fees and enjoining Armstrong from commencing future actions against Appellee, its employees, or any other party without leave of court. We have reviewed the record and the district court's memorandum opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Armstrong v. Koury Corp., No. CA-97-1028 (M.D.N.C. June 12 & Oct. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED